UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE WILSON, <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and CHEVRON U.S.A., INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:23-pq-04051-NJR <br> ) <br> ) MDL No. 3004 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

RONNIE WILSON, Plaintiff in the above-captioned action, by and through his undersigned attorney, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Case Management Order No. 11 (Docket No. 479 in 3:21-md-3004), hereby voluntarily dismisses Defendant CHEVRON U.S.A., INC., from the above-captioned action without prejudice. Plaintiff's case shall continue against all other named Defendants.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin
TX Bar No. 13052400
**BEN MARTIN LAW GROUP**
3141 Hood Street
Suite 600
Dallas, Texas 75219
Tel: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I electronically filed Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Ben C. Martin*
Ben C. Martin